FILED

JUN 17 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:26-cr-00281-MAL/JMB |
| | ) |
| FRANCES BLACKBURN, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (18 U.S.C. § 641: Theft of Government Funds)

Beginning at least as early as December 2019 through in or about September 2025, in the Eastern District of Missouri, the defendant,

**FRANCES BLACKBURN,**

did voluntarily, intentionally, and knowingly, embezzle, steal, and convert to her use, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, that being, Social Security retirement payments, of a value exceeding $1,000.

All in violation of Title 18, United States Code, Section 641.

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code,

Section 641, as set forth in Count 1, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2. If any of the property described above, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
JOLENE TAAFFE #56946MO
Special Assistant United States Attorney

2